**Roy Garey LINDSEY, Plaintiff–Appellant,**

v.

**Stephen BENJAMIN; William E. Gunn; Tyrone Murray, Defendants–Appellees.**

No. 03–6047.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 23, 2003.

Roy Garey Lindsey, Appellant pro se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Roy Garey Lindsey appeals the district court's orders accepting the recommendation of the magistrate judge and granting Defendants' motions for summary judgment in this 42 U.S.C. § 1983 (2000) action, and denying in part and granting in part Lindsey's motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lindsey v. Benjamin,* No. CA–01–4210 (D.S.C. Sept. 27, 2002; Dec. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*